IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHEILA M. ADDISON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN F. KENNEDY UNIVERSITY, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-01105 CW<br><br>ORDER WITHDRAWING<br>ADR REFERRAL |

Notice of Tentative Case Settlement was e-filed on July 7, 2011. The Court hereby withdraws its June 28, 2011 referral of the case to court-connected mediation.

Dated: 7/11/2011

CLAUDIA WILKEN
United States District Judge